| For Clerk's Office Use | | |
|---|---|---|
| Judge | Recd Date | Grv. |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** _____

**PRISONER NO.:** _____

**PLACE OF CONFINEMENT:** _____

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
~~ROANOKE~~ DIVISION
*Danville*

JAN 2 3 2018

JULIA C DUDLEY, CLERK
BY: _____
DEPUTY CLERK

*Curtis Leon Taylor, Sr.*
Enter Full Name                    Plaintiff

**vs.**

*Hibbett Sports Inc. and*
*Karen Tucker, Manager,*
Enter Full Name(s)                 Defendant(s)

CIVIL ACTION NO. ___4:18CV00002___

A.    Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes        __✓__ No

B.    If your answer to A is Yes, describe the action in the space below.

   1.    Parties to the Action: _____

   _____

   _____

   2.    Court: _____

   3.    Docket No.: _____

   4.    Judge: _____

   5.    Disposition: _____

   (For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C.    Have you filed any grievances regarding the facts of your complaint?

   Yes __✓__        No _____

   1.    If your answer is Yes, complete the enclosed verified statement, indicating the result.  Please attach evidence of your exhaustion of all available grievance procedures.

   _____

   2.    If your answer is No, indicate the reason for failure to exhaust on the verified statement.  You may be required to exhaust your claims through any applicable grievance procedures.  Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D.    Statement of Claim - State here briefly the facts of your case.   Describe what action(s) each defendant took in violation of your constitutional rights.  Include also the names of other persons involved, dates and places.   Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  Use as much space as needed.  You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

On 8/20/17, I was informed by Karen Tucker, manager, Hibbett Sports, not to return to the store because I had been observed possessing a control substance; to wit concaine. I was not arrested in ...

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or  law.

_____

_____

_____

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

_____

_____

_____

E.    State what relief you seek from the Court.  Make no legal arguments, cite no cases or statutes. I'm ~~fucking money~~ seeking monetary damages in the amount of $100,000.00 and an apology from defendants.

SIGNED THIS 23rd DAY OF January, 2018.

Curtis Leon Taylor, Sr.
(Signature of Each Plaintiff)

**VERIFICATION:**

I, _____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true.  I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights.  Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: 1/23/18    SIGNED: Curtis Leon Taylor, Sr.

Telephone: 434-728-4527    324 Church Street, Apt. 3
Danville, VA 24540

Continue from Claim #1.                    4:18CV00002

the matter, nor any charges brought forward to date.
My character has been defamed due to the actions
of Karen Tucker.